IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEN NGUYEN,

    Petitioner,                         No. CIV S- 03-2381 MCE GGH P

    vs.

M. KNOWLES, Warden,

    Respondent.                       <u>ORDER</u>

_____/

        In considering petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, the court finds that it is in need of specific portions of the underlying record. Respondent is hereby directed to provide, within seven (7) days, those parts of the Reporter's Transcript that include the jury instructions given as well as that portion that includes the verdict returned by the jury. In addition, respondent must provide, in seven days, the corresponding portions of the Clerk's Transcript.

        IT IS SO ORDERED.

DATED: March 7, 2011                        /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:009
nguy2381.ord