IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEN NGUYEN, | No. 2:03-cv-02381-MCE-GGH P |
|     Petitioner, | |
|   vs. | ORDER |
| M. KNOWLES, Warden, | |
|     Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's May 4, 2011, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

      A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

///

///

1

1  A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant Petition: 1) whether there was insufficient evidence for the trial court to allow the jury to find an intent to aid and abet a crime that posed the risk of serious bodily injury or death; and 2) whether the trial court's failure to identify/define the "target offense" under the natural and probable consequences doctrine was a violation of due process.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued as to each of the above issues in the present action.

Dated: June 30, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.